# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KOREIN TILLERY, LLC, </br></br>    Plaintiff, </br></br>vs. </br></br>ADVANCED ANALYTICAL CONSULTING GROUP, INC., DANIEL S. LEVY, and AUDRIUS GIRNIUS, </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Cause No:  3:17-cv-00468-JPG-RJD |

## ENTRY OF APPEARANCE

G. Patrick Murphy of MURPHY & MURPHY LLC enters his appearance as one of the attorneys for the plaintiff, Korein Tillery, LLC.

Respectfully submitted,

Korein Tillery, LLC, Plaintiff

By  s/ G. Patrick Murphy

G. Patrick Murphy
**MURPHY & MURPHY LLC**
3415 Office Park Drive, Suite D
Marion, IL  62959
Ph:  618.248.3236
*gpatrick@murphymurphyllc.com*

Aaron M. Zigler
**KOREIN TILLERY LLC**
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Ph: (314) 241 4844
Fax: (314) 241-3525
azigler@koreintillery.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the followoing registered users:

    Jason D. Johnson – *jdj@heplerbroom.com*

    W. Jason Rankin – *wjr@heplerbroom.com*

    Troy A. Bozarth – *troy.bozarth@heplerbroom.com*


                                                      s/G. Patrick Murphy


**MURPHY & MURPHY LLC**
3415 Office Park Drive, Suite D
Marion, IL  62959
Ph:  618.248.3236
*gpatrick@murphymurphyllc.com*